United States District Court
Southern District of Texas

**ENTERED**

October 21, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL A.[1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-955 |
| WARDEN, PORT ISABEL<br>DETENTION CENTER, *et al.*,<br>Respondents. | §<br>§<br>§<br>§ | |

**ORDER TO PROVIDE STATUS UPDATE ON REMOVAL EFFORTS**

Pursuant to the Court's Order at Dkt. No. 9 and to further facilitate the review of the instant petition, the Court ORDERS Respondents to provide a status update by **no later than October 30, 2026,** concerning any updated efforts to effectuate Petitioner's removal. Additionally, this update should include whether Petitioner is now past the presumptively reasonably 180-day period under § 1231(a). Dkt. No. 15 at 4.

Signed on October 21, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.